UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff ) | CR F-99-5078 OWW | |
| ) | | |
| v. ) | | |
| ) | | |
| BEN PAIZ, ) | | |
| ) | | |
| Defendant ) | ORDER WITHDRAWING WARRANT | |
| _____) | | |

The warrant of arrest issued in this case on March 23, 2005, is withdrawn.

Dated: September 21, 2005          /s/ OLIVER W. WANGER
                                   _____
                                   OLIVER W. WANGER
                                   United States District Judge

1