# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**BEN ALEX PAIZ**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:99CR5078-002**

Patience Milrod
Defendant's Attorney

**THE DEFENDANT:**
[✔]  admitted guilt to violation of charge(s) One through Seven as alleged in the violation petition filed on March 17, 2005 .
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on February 22, 2000 .

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

February 13, 2006
Date of Imposition of Sentence

/s/ OLIVER W. WANGER
Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge
Name & Title of Judicial Officer

Feb. 15, 2006
Date

| CASE NUMBER: | 1:99CR5078-002 | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | BEN ALEX PAIZ | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| One | Use of Controlled Substances | Sept. 7, 2004 |
| Two | Failure to Pay Restitution | March 3, 2003 |
| Three | Failure to Report to the Probation officer and Failure to Submit a Truthful and Complete Written Report | September 21, 2004 |
| Four | Failure to Attend Correctional Treatment | September 2, 2004 |
| Five | Failure to Report for Urine Testing | October 5, 2004 |
| Six | Failure to Notify the Probation Officer of Address Change | September 30, 2004 |
| Seven | Failure to obey all Laws | February 25, 2005 |

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet 1          Case 1:99-cr-05078-OWW   Document 91   Filed 02/16/06   Page 2 of 3

| | |
|---|---|
| CASE NUMBER:   1:99CR5078-002 | Judgment - Page 3 of 3 |
| DEFENDANT:   BEN ALEX PAIZ | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 7 months .

Said term shall run consecutively to the term imposed in case 1:05-cr-190-001 in the Eastern District of California.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
　　　[ ] at ___ on ___ .
　　　[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　　[ ] before _ on ___ .
　　　[ ] as notified by the United States Marshal.
　　　[ ] as notified by the Probation or Pretrial Services Officer.
　　　If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

　　Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　　　　　　　　　　　　　By　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy U.S. Marshal